IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MATTHEW HIGGINS,** ) | |
| ) | |
|    *Plaintiff,* ) | |
| ) | |
| **vs.** ) | |
| ) | **CIVIL ACTION NO.** |
| **ROAD STAR CARRIER, INC. D/B/A** ) | _____ |
| **ROAD STAR TRUCKING AND** ) | |
| **MIROSLAW SKOCZYLA** ) | |
| ) | |
|    *Defendants.* ) | |

---

### DEFENDANT MIROSLAW SKOCZYLA'S
### CONSENT TO REMOVAL

---

COMES NOW Defendant Miroslaw Skoczyla ("Defendant") and hereby expressly consents to the removal of this action by Defendant Road Star Carrier, Inc. d/b/a Road Star Trucking to this Court from the 191st District Court of Dallas, County, Texas, Case No. County Court at Law no. 2 of Nueces County, Texas, Case no. DC-16-05944.

                                      Respectfully submitted,

                                      **WILSON, ELSER, MOSKOWITZ,**
                                      **EDELMAN & DICKER LLP**

                                      By:/s/ Michael S. Beckelman
                                      Michael S. Beckelman
                                      State Bar No. 24042401
                                      909 Fannin Street, Suite 3300
                                      Houston, Texas 77010
                                      Telephone: (713) 353-2000
                                      Facsimile: (713) 785-7780
                                      Michael.Beckelman@wilsonelser.com

        Allison J. Maynard
        State Bar No. 24055923
        901 Main Street, Suite 4800
        Dallas, Texas 75202-3758
        Telephone: (214) 698-8000
        Facsimile: (214) 698-1101
        allison.maynard@wilsonelser.com

        **ATTORNEYS FOR DEFENDANT**
        **ROAD STAR CARRIER, INC. D/B/A**
        **ROAD STAR TRUCKING**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on Plaintiff's counsel of record, via electronically, pursuant to Federal Rules of Civil Procedure on the 7th day of July, 2016, as follows:

Frank W. Robertson
Michael Gomez
Jim Adler & Associates
12605 East Freeway, Suite 400
Houston, Texas 77015

        /s/ Michael S. Beckelman
        Michael S. Beckelman