# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **MATTHEW HIGGINS,**　　　　　　　　　) <br> ) <br> *Plaintiff,*　　　　　　　　　　　　　) <br> ) <br> **vs.**　　　　　　　　　　　　　　　　　) <br> ) <br> **ROAD STAR CARRIER, INC. D/B/A**　　) <br> **ROAD STAR TRUCKING AND**　　　　) <br> **MIROSLAW SKOCZYLA**　　　　　　) <br> ) <br> *Defendants.*　　　　　　　　　　　) | **CIVIL ACTION NO.** <br> _____ |

---

## INDEX OF DOCUMENTS FOR NOTICE OF REMOVAL
---

Pursuant to 28 U.S.C. § 1446(a) Defendant Road Star Carrier, Inc. d/b/a Road Star Trucking ("Defendant") files this Index of Documents for Notice of Removal. Attached is a copy of each document filed in the state court action styled *Matthew Higgins v. Road Star Carrier, Inc. d/b/a Road Star Trucking and Miroslaw Skoczylas,* Cause No. DC-16-05944 in the 191st District Court of Dallas County, Texas.

| EX. NO. | DOCUMENT FILED | FILING PARTY | DATE FILED |
|---|---|---|---|
| 1 | PLAINTIFFS' ORIGINAL PETITION, JURY DEMAND, REQUESTS FOR DISCLOSURE, AND RULE 193.7 NOTICE | PLAINTIFF | 05/17/16 |
| 2 | CIVIL PROCESS REQUEST FORM | PLAINTIFF | 05/17/16 |
| 3 | CIVIL CASE INFORMATION SHEET | PLAINTIFF | 05/17/16 |
| 4 | ENTER DEMAND FOR JURY | DALLAS COUNTY CLERK | 05/17/16 |
| 5 | ISSUED CITATION FOR DEFENDANT ROAD STAR CARRIER INC. D/B/A ROAD STAR TRUCKING | PLAINTIFF | 05/17/16 |
| 6 | ISSUED CITATION FOR DEFENDANT MIROSLAW SKOCZYLAS | PLAINTIFF | 05/17/16 |
| 7 | CITATION WITH RETURN OF SERVICE FOR DEFENDANT ROAD STAR CARRIER INC. D/B/A ROAD STAR TRUCKING | PLAINTIFF | 06/29/16 |
| 8 | CITATION WITH RETURN OF SERVICE FOR DEFENDANT MIROSLAW SKOCZYLAS | PLAINTIFF | 06/29/16 |

| EX. NO. | DOCUMENT FILED | FILING PARTY | DATE FILED |
|---|---|---|---|
| 9 | Defendant Miroslaw Skoczyla's Original Answer | defendant Miroslaw Skoczyla. | 07/05/16 |
| 10 | Defendant Road Star Carrier, Inc. d/b/a Road Star Trucking's Original Answer | defendant Road Star Carrier, Inc. d/b/a Road Star Trucking | 07/05/16 |
| 11 | docket Sheet | dallas County District Clerk | |

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ Michael S. Beckelman
Michael S. Beckelman
State Bar No. 24042401
909 Fannin Street, Suite 3300
Houston, Texas 77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
Michael.Beckelman@wilsonelser.com

Allison J. Maynard
State Bar No. 24055923
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
Telephone: (214) 698-8000
Facsimile: (214) 698-1101
allison.maynard@wilsonelser.com

**ATTORNEYS FOR DEFENDANT ROAD STAR CARRIER, INC. D/B/A ROAD STAR TRUCKING**

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing instrument has been served on Plaintiff's counsel of record, via electronically, pursuant to Federal Rules of Civil Procedure on the 7th day of July, 2016, as follows:

Frank W. Robertson
Michael Gomez
Jim Adler & Associates
12605 East Freeway, Suite 400
Houston, Texas 77015

                /s/ Michael S. Beckelman
                Michael S. Beckelman